McLAUGHLIN v. COFFEY.

1041                                 293 S. W. 2d 455

Opinion delivered July 2, 1956.

*Lloyd Darnell,* for appellant.

*Earl J. Lane,* for appellee.

PER CURIAM: The appellant did not file the assent required by Sub-section 2 of Section 27-2101 Ark.

Stats., and it is too late to file it now. (See *Osborn v. LeMaire,* 82 Ark. 490, 102 S. W. 372.) The appeal is dismissed for lack of final judgment; and the case is still pending in the Garland Circuit Court for new trial on all issues. Mr. Justice ROBINSON dissents because he thinks that the appellant should be allowed to file the assent at this time in this Court.